No. 85–2014. MCDOUGALL v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Mecklenburg County, N. C.;
No. 85–2027. MILLIGAN v. NEVADA. Sup. Ct. Nev.;
No. 85–6424. ANDERSON v. TEXAS. Ct. Crim. App. Tex.;
No. 85–6755. FETTERLY v. IDAHO. Sup. Ct. Idaho;

*See also note, p. 801.

No. 85–6831.  MCKAY v. TEXAS.  Ct. Crim. App. Tex.;
No. 85–6868.  JOHNSON v. TEXAS.  Ct. Crim. App. Tex.;
No. 85–6890.  BUELL v. OHIO.  Sup. Ct. Ohio;
No. 85–6933.  RILEY v. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.;
No. 85–6950.  GREEN v. OKLAHOMA.  Ct. Crim. App. Okla.;
No. 85–6958.  ECHOLS v. FLORIDA.  Sup. Ct. Fla.;
No. 85–6970.  GLADDEN v. NORTH CAROLINA.  Sup. Ct. N. C.;
No. 85–7017.  COOK v. GEORGIA.  Sup. Ct. Ga.;
No. 85–7026.  LANDRY v. TEXAS.  Ct. Crim. App. Tex.;
No. 85–7050.  BECK v. GEORGIA.  Sup. Ct. Ga.;
No. 85–7063.  CRUMP v. NEVADA.  Sup. Ct. Nev.;
No. 85–7070.  BYRNE v. LOUISIANA.  Sup. Ct. La.;
No. 85–7088.  ZEITVOGEL v. MISSOURI.  Sup. Ct. Mo.;
No. 85–7089.  DAVIS v. GEORGIA.  Sup. Ct. Ga.;
No. 85–7141.  WARD v. LOUISIANA.  Sup. Ct. La.;
No. 85–7236.  O'GUINN v. TENNESSEE.  Sup. Ct. Tenn.;
No. 86–106.  KELLEY v. FLORIDA.  Sup. Ct. Fla.;
No. 86–5007.  BREWER v. OKLAHOMA.  Ct. Crim. App. Okla.;
No. 86–5109.  MATTHEWS v. KENTUCKY.  Sup. Ct. Ky.;
No. 86–5127.  DAVIS v. GEORGIA.  Sup. Ct. Ga.;
No. 86–5206.  FREE v. ILLINOIS.  Sup. Ct. Ill.;
No. 86–5280.  LAWS v. MISSOURI.  Sup. Ct. Mo.; and
No. 86–5300.  GALLEGO v. NEVADA.  Sup. Ct. Nev.  Certiorari denied.  Reported below: No. 85–2027, 101 Nev. 627, 708 P. 2d 289; No. 85–6424, 701 S. W. 2d 868; No. 85–6755, 109 Idaho 766, 710 P. 2d 1202; No. 85–6831, 707 S. W. 2d 23; No. 85–6868, 698 S. W. 2d 154; No. 85–6890, 22 Ohio St. 3d 124, 489 N. E. 2d 795; No. 85–6933, 778 F. 2d 1544; No. 85–6950, 713 P. 2d 1032; No. 85–6958, 484 So. 2d 568; No. 85–6970, 315 N. C. 398, 340 S. E. 2d 673; No. 85–7017, 255 Ga. 565, 340 S. E. 2d 843; No. 85–7026, 706 S. W. 2d 105; No. 85–7050, 255 Ga. 483, 340 S. E. 2d 9; No. 85–7063, 102 Nev. 158, 716 P. 2d 1387; No. 85–7070, 483 So. 2d 564; No. 85–7088, 707 S. W. 2d 365; No. 85–7089, 255 Ga. 588, 340 S. E. 2d 862; No. 85–7141, 483 So. 2d 578; No. 85–7236, 709 S. W. 2d 561; No. 86–106, 486 So. 2d 578; No. 86–5007, 718 P. 2d 354; No. 86–5109, 709 S. W. 2d 414; No. 86–5127, 255 Ga. 598,

340 S. E. 2d 869; No. 86–5206, 112 Ill. 2d 154, 492 N. E. 2d 1269; No. 86–5300, 101 Nev. 782, 711 P. 2d 856.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.